UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 20 PM 1:59

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

CLEOPHIS KING,

    Petitioner,

v.      No. 05-2806-Ma

STEPHEN DOTSON,

    Respondent.

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal, docketed December 15, 2005. The issuance of a certificate of appealability under amended 28 U.S.C. § 2253 is denied. Any appeal in this matter by Petitioner, proceeding *in forma pauperis*, is not taken in good faith.

APPROVED: [signature]

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

December 20, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

[signature]
_____
(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02806 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Cleophis King
#304481
P.O. Box 679
Whiteville, TN 38075

Honorable Samuel Mays
US DISTRICT COURT